# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Respondent. | Case No. 1:23-cv-01702-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO SEAL WITHOUT PREJUDICE<br><br>(ECF No. 3)<br><br>ORDER DIRECTING PETITIONER TO FILE AMENDED MOTION TO SEAL, NOTICE THAT HE IS WILLING TO PROCEED WITH PETITION UNSEALED, OR NOTICE THAT HE IS WITHDRAWING PETITION |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 8, 2023, the Court received from Petitioner a § 2241 petition along with a request to seal, which merely states that Petitioner is "asking that all matter[s] in this case please be sealed from the public." (ECF No. 3.) Rule 141 of the Local Rules of Practice for the United States District Court, Eastern District of California ("L.R.") provides in pertinent part that "[i]f a party seeks to seal documents, the party shall submit . . . a 'Notice of Request to Seal Documents,' [and] a 'Request to Seal Documents'[.]" L.R. 141(b). "The Notice shall describe generally the documents sought to be sealed, [and] the *basis for sealing*[.]" Id. (emphasis added). "The 'Request to Seal Documents' shall set forth the *statutory or other authority for sealing*, the

1

requested duration, the identity, by name or category, of persons to be permitted access to the documents, and *all other relevant information*." L.R. 141(b) (emphasis added). As Petitioner has failed to comply with Local Rule 141, the Court will deny his request to seal without prejudice.[1]

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's request to seal (ECF No. 3) is DENIED WITHOUT PREJUDICE;
2. Within THIRTY (30) days of the date of service of this order, Petitioner SHALL:
    a. file an amended request to seal addressing the deficiencies identified in this order;
    b. file a notice with the Court that he is willing to proceed with his petition unsealed; or
    c. file a notice with the Court that he will withdraw the petition.

Petitioner is forewarned that failure to follow this order may result in dismissal of the petition pursuant to Federal Rule of Civil Procedure 41(b) (a petitioner's failure to prosecute or to comply with a court order may result in a dismissal of the action).

IT IS SO ORDERED.

Dated:   **December 13, 2023**         /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] In an abundance of caution, the Court has sealed this matter and will keep it under seal until the Court rules on any renewed request to seal, Petitioner notifies the Court that he is willing to proceed with his petition unsealed, or the Court otherwise determines that sealing is no longer warranted.