# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Respondent. | Case No. 1:23-cv-01702-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO PROCEED WITH UNSEALED PETITION<br><br>(ECF No. 6)<br><br>ORDER DIRECTING CLERK OF COURT TO UNSEAL INSTANT MATTER |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 8, 2023, the Court received from Petitioner a § 2241 petition along with a request to seal, which merely states that Petitioner is "asking that all matter[s] in this case please be sealed from the public." (ECF No. 3.) On December 13, 2023, the Court denied the request to seal without prejudice because Petitioner failed to comply with Local Rule 141 and ordered Petitioner to file a renewed motion to seal or notify the Court he is willing to proceed with the petition unsealed or that he will withdraw the petition. (ECF No. 5.) On January 2, 2024, Petitioner filed the instant motion to proceed with the petition unsealed. (ECF No. 6.)

///

///

///

1

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion to proceed with petition unsealed (ECF No. 6) is GRANTED; and
2. The Clerk of Court is DIRECTED to UNSEAL the instant matter.

IT IS SO ORDERED.

Dated: **January 8, 2024**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2