UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUO,<br><br>            Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>            Respondent. | No.  1:23-cv-01702-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 11, 13) |

Petitioner James Duo is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2024, the assigned magistrate judge issued findings and recommendations that recommended denying the petition.  Doc. 13.  On July 12, 2024, petitioner filed timely objections.  Doc. 14.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, including petitioner's objections, the Court holds the findings and recommendations to be supported by the record and proper analysis.

/ / /

1

Accordingly:

1. The findings and recommendations issued on June 25, 2024, Doc. 13, are ADOPTED in full;
2. The petition for writ of habeas corpus is DENIED;
3. Respondent's motion to dismiss[1] is TERMINATED; and
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  March 27, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] As noted in the findings and recommendation, although the responsive pleading is entitled "motion to dismiss and response" and was docketed as a motion to dismiss, respondent's filing argues that the petition should be denied.

2